UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC D. WALKER,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS, PINCKNEYVILLE CORRECTIONAL CENTER, and DOCTOR GARDNER,

    Defendants.

Case No. 08-cv-595-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

Dated: March 3, 2009      s/Brenda K. Lowe, Deputy Clerk

Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**